UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 AUG 5 PM 3 34

STEPHAN HARRIS, CLERK
CHEYENNE

Donald Wills;
Jennifer Young,

    PLAINTIFFS,

v.

Max Maxfield, Secretary of State, in his official capacity,

    DEFENDANT.

Civil Case No. 14-CV-126-J

## CONSENT ORDER

This matter is before the Court on the parties' Notice of Settlement and Stipulated Consent Order. The parties have resolved and settled this matter and the Court accepts the settlement.

IT IS ORDERED:

1. The Plaintiffs voluntarily dismiss Defendant Governor Matt Mead. The Court acknowledges that dismissal.

2. The parties agree, and the Court accepts, that the remaining Defendant is charged with enforcing a provision of the Wyoming Election Code that is unconstitutional as applied to the Plaintiffs and similarly situated parties.

3. The Court orders that the Defendant shall refrain from enforcing or investigating any matter premised upon WYO. STAT. § 22-25-102(c)(i)(B) as it applies to Plaintiffs or other

minor party and independent candidates and their contributors. The Defendant shall further refrain from enforcing or investigating WYO. STAT. § 22-25-102(c) as it applies to Plaintiffs or other minor party candidates, independent candidates and potential contributors raising or contributing up to the statutory limit before the date of the primary election and additional amounts up to the statutory limit per contributor on or after the date of the primary election.

4. The Plaintiffs voluntarily dismiss their respective claims of facial invalidity of WYO. STAT. § 22-25-102(c)(i)(B) and WYO. STAT. § 22-25-102(c).

5. The State of Wyoming, through the remaining Defendant, hereby agrees and consents to waiving its Eleventh Amendment Sovereign Immunity solely regarding the terms of this Consent Order.

6. The remaining Defendant shall pay fees and litigation costs to the Plaintiffs' attorneys in the amount of $7,424.50 within 45 days of the date this Order is signed.

7. The Court retains jurisdiction of this case solely to enforce the terms of this Consent Order.

Dated this 5th day of August, 2014.

_____
Alan B. Johnson
United States District Judge